IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CORE LABORATORIES LP, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-09-CA-596-LY |
| | § | |
| GRAY WIRELINE SERVICE, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. On this date, the Court dismissed the claims of Plaintiff Core Laboratories LP against Defendant Gray Wireline Service, Inc. with prejudice. Accordingly, the Court enters this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims brought by Plaintiff Core Laboratories LP against Defendant Gray Wireline Service, Inc. in this action are hereby **DISMISSED WITH PREJUDICE**.

**FURTHER IT IS ORDERED** that all attorney's fees and costs of court are taxed against the party incurring the same.

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _22nd_ day of January, 2010.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE